**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 282 WAL 2014
                         :

             Respondent     :

                         : Petition for Allowance of Appeal from the
                         : Order of the Superior Court

          v.                :
                         :
                         :

JUSTIN MICHAEL BIANCO,        :
                         :

             Petitioner       :


## ORDER


**PER CURIAM**

      **AND NOW**, this 30th day of September, 2014, the Petition for Allowance of Appeal is **DENIED**.